FILED

2020 JAN -2  AM 10: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___ EV

Dr. AHMAD J. ALJINDI
PO Box 60753
Irvine, CA 92602
Cell: 951-742-9773
Email: a7mad85@hotmail.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

### SA CV 20 - 00002 JLS (KESx)

| | |
|---|---|
| Dr. AHMAD J. ALJINDI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>SECRETARY BARBARA M. BARRETT, DEPARTMENT OF THE AIR FORCE,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY,<br><br>SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF | Case No.:<br><br>**COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT**<br><br><br>**JURY TRIAL DEMANDED** |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 1

INSPECTOR GENERAL,                                          )
                                                           )
ACTING SECRETARY CHAD F. WOLF,                             )
DEPARTMENT OF HOMELAND                                     )
SECURITY, IMMIGRATION AND                                  )
CUSTOMS ENFORCEMENT,                                       )
                                                           )
ACTING SECRETARY CHAD F. WOLF,                             )
DEPARTMENT OF HOMELAND                                     )
SECURITY, UNITED STATES CUSTOMS                            )
AND BORDER PROTECTION,                                     )
                                                           )
ACTING SECRETARY CHAD F. WOLF,                             )
DEPARTMENT OF HOMELAND                                     )
SECURITY, UNITED STATES                                    )
CITIZENSHIP AND IMMIGRATION                                )
SERVICE,                                                   )
                                                           )
WILLIAM P. BARR, ATTORNEY                                  )
GENERAL; CHRISTOPHER A. WRAY,                              )
DIRECTOR OF THE FBI (SUED IN HIS                           )
OFFICIAL CAPACITY), DEPARTMENT OF                          )
JUSTICE; FEDERAL BUREAU OF                                 )
INVESTIGATION,                                             )
                                                           )
ACTING SECRETARY THOMAS B.                                 )
MODLY, DEPARTMENT OF THE NAVY,                             )
                                                           )
SECRETARY OF VETERANS AFFAIRS                              )
ROBERT WILKIE, DEPARTMENT OF                               )
VETERANS AFFAIRS,                                          )
                                                           )
ACTING DIRECTOR OF NATIONAL                                )
INTELLIGENCE JOSEPH MAGUIRE,                               )
OFFICE OF THE DIRECTOR OF                                  )
NATIONAL INTELLIGENCE,                                     )
                                                           )
ADMINISTRATOR JIM BRIDENSTINE,                             )
NATIONAL AERONAUTICS AND                                   )
SPACE ADMINISTRATION,                                      )
                                                           )
ACTING ADMINISTRATOR AND                                   )
GENERAL COUNSEL CHRIS PILKERTON,                           )
UNITED STATES SMALL BUSINESS                               )
ADMINISTRATION,                                            )

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 2

MEGAN J. BRENNAN, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE,

           Defendants.

)
)
)
)
)
)
)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL**

**PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT**

I, the Plaintiff, Dr. AHMAD J. ALJINDI "Pro Se" respectfully submitting the Complaint

for Employment Discrimination, tort and negligence, and intellectual property violations to the

Honorable Court.

## I.  NATURE OF THE CASE

TO THE HONORABLE COURT:

Please take formal notice of the related lawsuit cases (8:18-cv-02301-SJO-JC and 8:19-

cv-01434-DOC-E) with the United States District Court - Central District of California –

Southern Division and the Appeal (19-55926) with the Appeals Court for the Ninth Circuit, that I

have filed in good faith, to defend my constitutional rights, and for the best interest of justice.

EMPLOYMENT DISCRIMINATION

The Plaintiff is suffering from the Defendants unlawful discrimination based on his

protected classes religion, race, and national origin since years as he is suffering from the

Defendants retaliation because of his Equal Employment Opportunity (EEO) protected activities.

The Plaintiff's religion is Muslim. The Plaintiff's race is Arab/Middle Eastern. The Plaintiff's

national origin is Syria. Additionally, the Plaintiff is suffering because he is an Artificial

Intelligence (AI) researcher presented a formally proven scientific strategy to the majority of the

involved federal agencies based on his formal higher education (Ph.D.) and based on a scientific

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 3

research study recommending utilizing AI to resolve many of the major issues the United States is suffering from if the scientifically discovered AI practical solutions implemented strategically as formally documented and presented to the federal agencies formally.

INTELLECTUAL PROPERTY

The Department of Defense (DoD) published the AI Strategy to the public recently. In the published strategy, the DoD adopted portions of the aggrieved complainant's scientific and formal findings about Information Security, AI, and Legacy Information Systems (LIS) without giving credit to his scientific work and in a direct violation to the intellectual property and copyrights laws. The aggrieved complainant was the first AI scientist and researcher in the entire field who discovered, studied, and researched the relations between Information Security, AI and LIS as formally and scientifically proven and documented in his Ph.D.'s formal documents and resume.

- **Dissertation Topic/Area of Research:** Information Security, AI, and LIS.

  **Dissertation/Publication Information:** Published by ProQuest LLC (2015). Copyright of the Dissertation is held by the Author. ProQuest 3740130.

- **Library of Congress Certificate of Registration Number:** TX 8-152-561.

- **Effective Date of Registration:** December 30, 2015.

The aggrieved Plaintiff is a proud Muslim-American Citizen and he was looking to serve his country and to resolve the major economic and other issues as formally documented and presented to the Honorable Courts and federal agencies. However, he was never allowed one and only one EEO illegally. Therefore, the aggrieved Plaintiff is seeking his Constitutional Relief so he can survive, recover, and seek his legitimate self-employment opportunity.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL
PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 4

Copyright law in the U.S. is governed by federal statute, namely the Copyright Act of 1976. The Copyright Act prevents the unauthorized copying of a work of authorship. Copyrights can be registered in the Copyright Office in the Library of Congress, but newly created works do not need to be registered. In fact, it is no longer necessary to even place a copyright notice on a work for it to be protected by copyright law.

Quoted from: https://www.bitlaw.com/copyright/index.html

NEGLIGENCE AND TORT

As of the date and time of this Complaint, the aggrieved Plaintiff have not seen anything other than injustice, bias, violations, and pain within the last decade in a violation to the Federal Tort Claims Act (FTCA). The Federal Government (FG) is responsible about protecting the aggrieved citizens and small minorities like the undersigned from the ongoing injustice. According to the United States Constitution, this responsibility is mandatory and not optional. The Plaintiff has suffered massively and is still currently suffering massively to death from the ongoing negligence and tort. The Plaintiff is respectfully demanding from the Honorable Court to grant his Constitutional Relief as soon as possible so he can recover from the severe harm and damages caused to him as formally documented and explained.

TO THE HONORABLE COURT, the Plaintiff is respectfully demanding his Constitutional Relief as soon as possible as his life is at serious danger and serious risk as formally documented and explained to the Honorable Court and an expedited fair and unbiased Jury Trial if a trail is deemed necessary by the Honorable Court.

On 12/31/2019, the Appeals Court for the Ninth Circuit closed the undersigned's Appeal 19-55926 based on a serious Court error while the undersigned was suffering to death as formally documented in the Emergency Motion with the Honorable Court. The undersigned was

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 5

hospitalized to the Emergency Room by an Ambulance because of severe pain in Chest and heart muscle because of ongoing inhumane living condition because of ongoing violations against him since years as formally documented and presented to the Honorable Court. The undersigned received the Appeal's Court Order while he was inside the Emergency Room suffering from ongoing violations and thriving to survive and to recover. The under documented everything in the Dockets legally and appropriately and requested his Constitutional Relief under the Emergency Motion. The Emergency is still ongoing. The severe harm and damages have been escalated against the undersigned. Therefore, the undersigned is respectfully submitting this lawsuit case in good faith to the Honorable Court to the best of his knowledge and ability as an aggrieved pro se litigant, to demand his Constitutional Relief appropriately at the lowest level possible for the best interest of justice and based on the last pro se clinic visit recommendations, to update the Honorable Court about the most recent updates and to add the most recent facts for formal consideration, and to recover for the best interest of justice.

## II. I. JURISDICTION

This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

This Court has jurisdiction over this action pursuant to Title VII, Civil Rights Act of 1964, as amended, 42 U.S.C. sec. 2000e et seq. SEC. The Civil Rights Act of 1991. 1977A. Intentional Discrimination Damages, 42 U.S.C. 1981a. EEO Act of 1972. The Civil Service Reform Act of 1978. Whistleblower Protection Act of 1989, as amended, and pursuant to other appropriate statues as determined by the court after reviewing the entire case.

## III. VENUE

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 6

Venue is proper pursuant to 28 U.S.C. § 1391 (e) (1) because the Defendants are Federal Agencies and/or Officers or Employees of the United States.

### IV. PARTIES

Plaintiff Dr. AHMAD J. ALJINDI is currently suffering from homelessness and inhumane living conditions to death due to the ongoing injustice by the Defendants against him since years as formally documented and the above-mentioned lawsuit cases. The mailing address is: PO Box 60753 Irvine, CA 92602.

Defendants United States of America et al., are all federal agencies sued in their official capacities. The Defendants were acting under color of law because the Defendants were obligated by the United States Constitution to uphold the United States Constitution and to prevent the unlawful discrimination against the protected classes, retaliation under the protected statuses, and because of the negligence on preventing the ongoing wrongdoing occurring against the aggrieved Plaintiff which caused him sever harm and damages.

**Defendant # 1:** UNITED STATES OF AMERICA,

According to the United States Constitution the Federal Government is obligated to prevent the violations against the EEO Acts and the Civil Rights Acts and to protect the minorities rights, intellectual property copyrights, and to prevent the negligence and tort.

**William P. Barr**

**Attorney General**

**U.S. Department of Justice**

**950 Pennsylvania Avenue, NW**

**Washington, DC 20530-0001**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 7

**Defendant # 2:** SECRETARY BARBARA M. BARRETT, DEPARTMENT OF THE AIR FORCE.

**Chief, General Litigation Division**

**Air Force Legal Operations Agency**

**1500 W. Perimeter Road, Suite 1370**

**Andrews AFB, MD 20762**

**Defendant # 3:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY.

**Headquarters, U.S. Army Garrison, Fort Belvoir**

**Equal Employment Opportunity Office**

**ATTN: IMBV-EEO**

**9725 Belvoir Rd., Bldg 1000**

**Fort Belvoir, VA 22060-5563**

**Defendant # 4:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY.

**Defense Contract Management Agency**

**3901 A. Avenue, Building 10500**

**Fort Lee, Virginia 23801-1809**

**Defendant # 5:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY.

**Defense Intelligence Agency**

**7400 Pentagon**

**Washington, DC 20301**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 8

**Defendant # 6:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY.

**National Security Agency**

**9800 Savage Rd. Suite 6272**

**Ft. George G. Meade MD 20755-6000**

**Defendant # 7:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL.

**INSPECTOR GENERAL**

**DEPARTMENT OF DEFENSE**

**4800 MARK CENTER DRIVE**

**ALEXANDRIA, VIRGINIA 22350-1500**

**Defendant # 8:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT.

**U.S. Immigration and Customs Enforcement,**

**Office of Diversity and Civil Rights**

**801 I Street NW, Suite 800**

**8th Floor Mail Stop 5010**

**Washington, DC 20536-5010**

**Attention: Assistant Director for Diversity and Civil Rights**

**Defendant # 9:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION.

**U.S. DEPARTMENT OF HOMELAND SECURITY**

**U.S. Customs and Border Protection**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 9

1300 Pennsylvania Ave., N.W., Suite 3.3D

Washington, DC 20229

**Defendant # 10:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICE.

U.S. Department of Homeland Security

U.S. Citizenship and Immigration Services

Office of Equal Opportunity & Inclusion

9360 Ensign Ave. South, Suite 151

Bloomington, MN 55438

**Defendant # 11:** WILLIAM P. BARR, ATTORNEY GENERAL; CHRISTOPHER A. WRAY, DIRECTOR OF THE FBI (SUED IN HIS OFFICIAL CAPACITY), UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION.

Office of Equal Employment Opportunity Affairs

Federal Bureau of Investigation

935 Pennsylvania Avenue, N.W.

Room 9304

Washington, D.C. 20535-0001

**Defendant # 12:** ACTING SECRETARY THOMAS B. MODLY, DEPARTMENT OF THE NAVY.

DEPARTMENT OF THE NAVY

ASSISTANT FOR ADMINISTRATION

1000 NAVY PENTAGON

WASHINGTON, DC 20350-1000

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 10

**Defendant # 13:** SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS.

**Department of Veterans Affairs**

**810 Vermont Avenue, NW**

**Washington, DC 20420**

**Defendant # 14:** ACTING DIRECTOR OF NATIONAL INTELLIGENCE JOSEPH MAGUIRE, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.

**Office of the Director of National Intelligence**

**Washington, DC 20511**

**Defendant # 15:** ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION.

**NASA Headquarters**

**300 E. Street SW, Suite 5R30**

**Washington, DC 20546**

**Defendant # 16:** ACTING ADMINISTRATOR AND GENERAL COUNSEL CHRIS PILKERTON, UNITED STATES SMALL BUSINESS ADMINISTRATION.

**US Small Business Administration**

**409 3rd St, SW**

**Washington DC 20416**

**Defendant # 17:** MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE.

**National EEO Investigative Services Office**

**P.O. Box**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 11

21979, Tampa, FL 33622-1979

## V.  STATEMENT OF FACTS

The Plaintiff's religion (Muslim), race (Arab/Middle Eastern), national origin (Syria) was subject for massive civil rights and EEO violations because of his protected classes. The Plaintiff filed several formal EEO complaints aiming to defend justice and to secure himself a full-time permeant job based on his formal qualifications and based on his skills, but the Defendants kept abusing his huge number of jobs applications and kept selecting less qualified candidates illegally as formally proven and documented because of his protected classes and escalated the retaliation violations against him under the protected status to cause him sever harm and more damages.

Plaintiff have suffered for years, currently suffering, and will continue to suffer for unknown number of years for substantial injury because of the Defendants' intentional violations against the United States Constitution, the Civil Rights Act, and the EEO Act. Hence, the aggrieved Plaintiff is requesting his Constitutional Relief so he can survive, recover, and seek his legitimate self-employment opportunity.

**Defendant # 1:** UNITED STATES OF AMERICA:

According to the United States Constitution the Federal Government is obligated to prevent the violations against the EEO Acts and the Civil Rights Acts and to protect the minorities rights and to prevent the intellectual property and negligence and tort.

According to the United States Department of Justice (DOJ) Civil Rights Division (CRD):

The Civil Rights Division of the Department of Justice, created in 1957 by the enactment of the Civil Rights Act of 1957, works to uphold the civil and constitutional rights of all

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 12

Americans, particularly some of the most vulnerable members of our society. The Division enforces federal statutes prohibiting discrimination on the basis of race, color, sex, disability, religion, familial status and national origin.

Quoted from: https://www.justice.gov/crt

According to the United States Constitution the Attorney General (AG) is the head of the Department of Justice and chief law enforcement officer of the Federal Government. The Attorney General represents the United States in legal matters.

The Judiciary Act of 1789 created the Office of the Attorney General which evolved over the years into the head of the Department of Justice and chief law enforcement officer of the Federal Government. The Attorney General represents the United States in legal matters generally and gives advice and opinions to the President and to the heads of the executive departments of the Government when so requested. In matters of exceptional gravity or importance the Attorney General appears in person before the Supreme Court. Since the 1870 Act that established the Department of Justice as an executive department of the government of the United States, the Attorney General has guided the world's largest law office and the central agency for enforcement of federal laws.

Quoted from: https://www.justice.gov/ag/about-office

According to the United States Government Accountability Office (GAO):

The Federal Government has created a framework to provide for EEO by prohibiting unlawful discrimination based on such factors as race, color, religion, gender, national origin, age, and disability, and offers redress when discrimination and retaliation have occurred. To further EEO and help bring about a diverse workforce, federal agencies are required to carry out affirmative employment and minority recruitment programs. EEOC and OPM have primary

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 13

responsibility for ensuring that the government's policies for a fair, equitable, and inclusive workplace are carried out. In response to a congressional request that GAO provide information on the Federal Government's performance in promoting EEO and managing its diverse workforce, this report provides information on (1) the statutory and policy framework relating to EEO, affirmative employment, and workforce diversity and (2) the roles and responsibilities of EEOC and OPM within the framework and how these agencies carry out these roles and responsibilities.

Various statutes, executive orders, and other executive policy form the framework of EEO policy that governs civil rights and personnel management in the federal workplace. In 1972 federal workers received statutory civil rights protections when Congress passed the Equal Employment Opportunity Act, which extended to federal workers protections under title VII of the landmark Civil Rights Act of 1964 prohibiting employment discrimination based on race, color, religion, gender, or national origin. The 1972 act also required federal agencies to establish affirmative employment programs to address the underrepresentation of minorities and women in the federal workforce. In 1973 federal employees and applicants for employment with disabilities received employment discrimination protections under the Rehabilitation Act, and federal agencies were required to prepare affirmative employment program plans for the hiring, placement, and advancement of such individuals. The Civil Service Reform Act of 1978 further underscored the government's commitment to EEO, stating that for the federal workforce to reflect the nation's diversity, federal personnel management should follow merit principles by treating employees fairly and equitably, and that personnel actions should be free from prohibited personnel practices, including discrimination. The 1978 act also required agencies to conduct a continuing recruiting program to address minority underrepresentation. Other statutes,

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 14

executive orders, and executive policy are also part of the federal workplace EEO policy framework. EEOC and OPM each play important leadership roles within this framework in ensuring EEO in the federal workplace. EEOC is responsible for enforcing federal laws prohibiting discrimination and oversees federal agencies' EEO programs, including their affirmative employment programs. OPM is the government's human capital manager and is responsible for ensuring that personnel management functions follow the merit principles, including those related to EEO. OPM is to assist agencies in carrying out their minority recruitment programs and evaluating the effectiveness of these programs in eliminating minority underrepresentation. EEOC and OPM issue regulations and directives to carry out their responsibilities and exercise oversight by reviewing federal workforce demographic data; reviewing reports from agencies on their progress in meeting program requirements; conducting on-site reviews at federal agencies; and providing technical assistance, training, and guidance. In addition, both agencies publish annual reports on program activities and workforce demographics. Although responsibility for ensuring that EEO is shared among agencies, EEOC has also been charged under statute and executive order with providing leadership and coordination to promote efficiency and eliminate conflict, competition, duplication, and inconsistency. We provided OPM and EEOC with a draft of this report for their review and comment. OPM said that, in general, the report accurately reflects OPM's current roles and responsibilities. We clarified the report in response to EEOC's comments to indicate that this report focuses on affirmative employment and that we previously reported on EEOC's complaint process responsibilities.

Quoted from: https://www.gao.gov/products/GAO-05-195

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 15

The Plaintiff made huge number of jobs applications (thousands) since years. The Defendants keeps sending him the formal documents confirming his eligibilities and refer his name to the hiring officials for selection and non-selection for the majority of these applications, but the hiring officials keep selecting less qualified candidates because of the aggrieved Plaintiff's protected classes and protected statuses illegally. There are no equal employment opportunities. No diversity. The hiring practices are not based on merit.

The aggrieved complainant reported this desperate situation to President Barrack Obama in 2016 and shared the same letter with the FBI aiming to defend justice. President Obama sent the aggrieved Plaintiff a formal response acknowledging the government's awareness about the documented facts and issues and recommended the Plaintiff to go to the EEOC.

Since the violations against the aggrieved Plaintiff are occurring massively, he believed in the FBI's attention to investigate the situation and to prevent the ongoing injustice. However, unfortunately, the FBI did not prevent the violations against the aggrieved Plaintiff.

**Defendant # 2:** SECRETARY BARBARA M. BARRETT, DEPARTMENT OF THE AIR FORCE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities as formally documented in the following dockets:

1. USAF: Formal Discrimination Complaint Docket Number 9D1S1800401.

2. USAF: Edwards AFB: Formal Discrimination Complaint Docket Number 6Z1M1900286.

3. USAF, Los Angeles County, CA: Obstructed Justice and refused to allow to file an EEO Complaint

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 16

under formal awareness of FBI and DOJ.

4. USAF, Los Angeles, CA: Obstructed Justice and refused to allow to file an EEO Complaint under

formal awareness of FBI and DOJ.

5. USAF, Vandenberg AFB: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

6. USAF, Palmdale, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal

awareness of FBI and DOJ.

7. USAF, Location Negotiable After Selection, United States: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

8. USAF, on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC, Docket Number: 5T1L1900996.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (Formal Discrimination Complaint Docket Number 9D1S1800401, Formal Discrimination Complaint Docket Number 6Z1M1900286, and 5 more obstructed EEO complaints since 12/05/2018 illegally) when on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC.

The undersigned documented in the wrongdoing in all Formal EEO Complaints mentioned above including First Formal EEO Complaint number: 9D1S1800401 and several

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 17

protected activities with the Air Force Inspector Generals and MSPB (Docket Number SF-1221-16-0648-W-1) as documented in the first and following formal EEO Complaints.

**Defendant # 3:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE ACQUISITION UNIVERSITY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities as formally documented in the following dockets: (case number ARBELVOIR18MAY01586). The Second Formal Discrimination Complaint Docket Number ARBELVOIR19MAR00793.

**Defendant # 4:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE CONTRACT MANAGEMENT AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities as formally documented in the following dockets:

1. DoD, DCMA: First Formal EEO complaint number P8-18-0080.

2. DoD, DCMA: Second Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

3. DoD, DCMA: Third Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

**Defendant # 5:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, DEFENSE INTELLIGENCE AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 18

EEO activities as formally documented: The Formal Discrimination Complaint Docket Number is: DIA-2019-00030.

**Defendant # 6:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities as formally documented in the following docket: The Formal Complaint of Discrimination No. is: 19-015.

**Defendant # 7:** SECRETARY MARK T. ESPER, DEPARTMENT OF DEFENSE, OFFICE OF INSPECTOR GENERAL:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (prior EEO complaint activity - OIG 18-05). The Formal EEO Complaint No. is: OIG - 2019-11. The DoD OIG discriminated against the Plaintiff based on his protected classes, and Retaliation based on (prior EEO complaint activity - OIG 18-05).

**Defendant # 8:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT.

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number HS-ICE-26190-2016 and the other protected activities with the DHS).

Additionally, the Defendant retaliated and dismissed the Second Formal EEO complaint number HS-ICE-01853-2018.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 19

Furthermore, the Defendant retaliated as formally documented in the Third Formal Discrimination Complaint Docket Number HS-ICE-01084-2019.

**Defendant # 9:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his prior EEO activities (case number HS-CBP-01954-2018 and the other protected activities with the DHS).

The First Formal EEO complaint number HS-CBP-01954-2018.

The Second Formal Discrimination Complaint Docket Number is: HS-CBP-00816-2019.

**Defendant # 10:** ACTING SECRETARY CHAD F. WOLF, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICE:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number HS-CIS-01796-2018 and the other protected activities with the DHS).

The Second Formal Discrimination Complaint Docket Number is: HS-CIS-01796-2018. (Administratively processed with the First Complaint).

**Defendant # 11:** WILLIAM P. BARR, ATTORNEY GENERAL; CHRISTOPHER A. WRAY, DIRECTOR OF THE FBI (SUED IN HIS OFFICIAL CAPACITY), UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION:

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 20

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his former and current EEO activities as formally documented in the dockets.

The Second Formal Discrimination Complaint Docket Number is FBI-2019-00073.

The Third Formal Discrimination Complaint Docket Number is FBI-2019-00338.

**Defendant # 12:** ACTING SECRETARY THOMAS B. MODLY, DEPARTMENT OF THE NAVY:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number DON 18-66001-01764). The Department of the Navy (DON) closed six EEO complaints illegally.

**Defendant # 13:** SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE, DEPARTMENT OF VETERANS AFFAIRS:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 2004-0005-2019102032).

First Formal Discrimination Complaint Docket Number 2004-0005-2019102032.

Second Formal Discrimination Complaint Docket Number 200P-0644-2019103167.

Third Formal Discrimination Complaint Docket Number 200H-0541-2019104002.

**Defendant # 14:** ACTING DIRECTOR OF NATIONAL INTELLIGENCE JOSEPH MAGUIRE, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE:

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 21

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 2019-002). Formal Discrimination Complaint Docket Number 2019-002.

**Defendant # 15:** ADMINISTRATOR JIM BRIDENSTINE, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number NCN-19-AFRC-00131).

First Formal Discrimination Complaint Docket Number is: NCN-19-AFRC-00131.

Second Formal EEO Complaint number is: NCN-19-ARC-00212.

Third Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250.

Fourth Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250 (filed under same number of third complaint above for administrative purposes).

**Defendant # 16:** ACTING ADMINISTRATOR AND GENERAL COUNSEL CHRIS PILKERTON, UNITED STATES SMALL BUSINESS ADMINISTRATION:

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his current EEO activities (case number 03-19-010). The Formal Complaint of Discrimination Case No. is: 03-19-010.

**Defendant # 17:** MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 22

The Plaintiff was discriminated against on the basis of religion (Muslim), race (Arab/Middle East), and national origin (Syria) and retaliated against him based on his former EEO activities (case number 4F-920-0047-16). The Formal Complaint of Discrimination Case No. is: 4F-920-0047-16.

**FOR ALL DEFENDANTS:**

Therefore, and based on the facts presented above, the aggrieved Plaintiff is demanding his Constitutional Relief as soon as possible and an expedited Jury Trial if a trial is deemed necessary by the Honorable Court.

The Plaintiff believes that the Defendants committed violations against the United States Constitution including but not limited to:

No Fear Act as described on https://www.justice.gov/jmd/no-fear-act-notice-november-2-2006

Title VII, Civil Rights Act of 1964, as amended, 42 US.C. sec. 2000e et seq.

EEO Act of 1972.

The Civil Service Reform Act of 1978.

Whistleblower Protection Act of 1989, as amended.

Title VII of the Civil Rights Act of 1964 protects "all aspects of religious observance and practice, as well as belief" 42 US.C. § 2000eG)'

An agency official shall not discriminate against an employee or applicant based on race, color, religion, sex, national origin, age, disability (or handicapping condition), marital status, or political affiliation. 5 US.c. § 2302(b)(1).

An agency official shall not intentionally deceive or obstruct anyone from competing for employment. 5 U.S.c. § 2302(b)(4).

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 23

An agency official shall not influence anyone to withdraw from competition in order to improve or injure the employment prospects of any person. 5 US.C. § 2302(b )(5).

An employer may not base hiring decisions on stereotypes and assumptions about a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information.

Prohibited personnel practices (PPPs) are employment-related activities that are banned in the federal workforce because they violate the merit system through some form of employment discrimination, retaliation, improper hiring practices, or failure to adhere to laws, rules, or regulations that directly concern the merit system principles.

An agency official shall not request or consider a recommendation based on political connections or influence. 5 US.c. § 2302(b)(2).

An agency official shall not retaliate because an employee: 1. filed a complaint, grievance or appeal; et seq. 5 US.C. § 2302(b)(9).

The United States Constitution prevent the wrongdoing and the violations. The Plaintiff is an aggrieved "Pro Se" and not an attorney and do not know how to document the violations as an attorney but he believes that the Honorable Court can clearly understand what the Plaintiff is presenting in good faith, to the best extent of his knowledge and ability, and for the best interest of justice.

## VI. CAUSES OF ACTION

Based on the absolute facts presented in good faith in this truthful complaint and under the Statement of Facts section above. The Plaintiff believes he is entitled for the requested Constitutional Relief below.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 24

The Plaintiff has suffered, still suffering, and will continue to suffer due to the absence of justice and because of the wrongdoing.

The aggrieved Plaintiff experienced very hard and difficult life events due to the Defendants ongoing violations that prevented him from securing himself a stable job based on his formal qualifications and skills fairly and equally as set forth by the United States Constitution such as ongoing sever poverty, divorce, evictions, bankruptcy, homelessness, stress, discomfort, and extreme emotional pain.

As formally documented in the Appeal (19-55926) with the Appeals Court for the Ninth Circuit. Due to the ongoing unlawful discrimination, retaliation, and absence of justice since years, my life was destroyed completely. I am currently suffering from the severe, extreme, and massive injustice caused to me Defendants. My life was destroyed completely because of the unlawful discrimination, retaliation, and the violations. I am suffering from the severe harm and damages caused to me by the unlawful discrimination and retaliation. I suffered and I am still currently suffering from divorce, evictions, bankruptcy, homelessness, repossession, emotional distress and pain, loss of enjoyment of life, injury to professional standing, injury to character and reputation, injury to credit standing, and inability to eat more than once a day due to severe poverty caused to me by the Defendants because of the ongoing unlawful discrimination, retaliation, intellectual property copyrights laws violations, and negligence and tort since years.

The United States Constitution prohibit the unlawful discrimination, retaliation, negligence and tort, and intellectual property copyrights laws violations.

According to the EEOC:

Systemic Discrimination

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 25

Systemic discrimination involves a pattern or practice, policy, or class case where the alleged discrimination has a broad impact on an industry, profession, company or geographic area.

The EEOC encourages employers to prevent discrimination by taking a careful look at the practices they use to recruit, hire, promote, train and retain employees. The EEOC is expanding its efforts to partner with advocacy groups, state and federal agencies, employer groups, the Plaintiffs' bar and other organizations to identify and address discriminatory practices.

Examples of systemic practices include: discriminatory barriers in recruitment and hiring; discriminatorily restricted access to management trainee programs and to high level jobs; exclusion of qualified women from traditionally male dominated fields of work; disability discrimination such as unlawful pre-employment inquiries; age discrimination in reductions in force and retirement benefits; and compliance with customer preferences that result in discriminatory placement or assignments.

The EEOC has long recognized that a strong nationwide systemic program is critical to fulfilling its mission of eradicating discrimination in the workplace. For this reason, the systemic program is a top priority of the agency. The identification, investigation and litigation of systemic discrimination cases, along with efforts to educate employers and encourage prevention, are integral to the mission of the EEOC.

Quoted from: https://www.eeoc.gov/eeoc/systemic/index.cfm

The Civil Rights Act of 1991

TITLE I - FEDERAL CIVIL RIGHTS REMEDIES

DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 26

SEC. 102

The Revised Statutes are amended by inserting after section 1977 (42 U.S.C. 1981) the following new section:

"SEC. 1977A. DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION IN EMPLOYMENT. *[42 U.S.C. 1981a]*

"(a) RIGHT OF RECOVERY. -

"(1) CIVIL RIGHTS. - In an action brought by a complaining party under section 706 or 717 of the Civil Rights Act of 1964 (42 U.S.C. 2000e-5) against a respondent who engaged in unlawful intentional discrimination (not an employment practice that is unlawful because of its disparate impact) prohibited under section 703, 704, or 717 of the Act (42 U.S.C. 2000e-2 or 2000e-3), and provided that the complaining party cannot recover under section 1977 of the Revised Statutes (42 U.S.C. 1981), the complaining party may recover compensatory and punitive damages as allowed in subsection (b), in addition to any relief authorized by section 706(g) of the Civil Rights Act of 1964, from the respondent.

"(b) COMPENSATORY AND PUNITIVE DAMAGES. -

"(2) EXCLUSIONS FROM COMPENSATORY DAMAGES. - Compensatory damages awarded under this section shall not include backpay, interest on backpay, or any other type of relief authorized under section 706(g) of the Civil Rights Act of 1964.

"(3) LIMITATIONS. - The sum of the amount of compensatory damages awarded under this section for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, and the amount of punitive damages awarded under this section, shall not exceed, for each complaining party -

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 27

"(D) in the case of a respondent who has more than 500 employees in each of 20 or more calendar weeks in the current or preceding calendar year, $300,000.

"(4) CONSTRUCTION. - Nothing in this section shall be construed to limit the scope of, or the relief available under, section 1977 of the Revised Statutes (42 U.S.C. 1981).

"(c) JURY TRIAL. - If a complaining party seeks compensatory or punitive damages under this section -

"(1) any party may demand a trial by jury; and

"(2) the court shall not inform the jury of the limitations described in subsection (b)(3).

"(d) DEFINITIONS. - As used in this section:

"(2) DISCRIMINATORY PRACTICE. - The term 'discriminatory Practice' means the discrimination described in paragraph (1), or the discrimination or the violation described in paragraph (2), of subsection (a).

Quoted from: https://www.eeoc.gov/laws/statutes/cra-1991.cfm

NOTICE

Due to the sever poverty of the aggrieved Plaintiff ongoing violations, the Plaintiff is unable to afford the printing cost of the extremely large Exhibits related to the Defendants and the Complaint. Therefore, the aggrieved Plaintiff is formally requesting from the Honorable Court to grant the attached request to utilize the electronic system where he can upload the Exhibits electronically **if deemed necessary by the Honorable Court** which the Defendants can view electronically without requiring him to print it and serve it due to the high expense and because of his sever poverty as the Defendants can see it electronically as stated.

- The full list of the EEO complaints is:

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 28

1.  USAF: Formal Discrimination Complaint Docket Number 9D1S1800401.

2.  USAF: Edwards AFB: Formal Discrimination Complaint Docket Number 6Z1M1900286.

3.  USAF, Los Angeles County, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

4.  USAF, Los Angeles, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

5.  USAF, Vandenberg AFB: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

6.  USAF, Palmdale, CA: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

7.  USAF, Location Negotiable After Selection, United States: Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

8.  USAF, on 06/04/2019, Air Force Manning Symposium, discontinued his application for the SUPV IT SPECIALIST (SYSADMIN/NETWORK) position, Announcement number 8J-DCIPS-10479203-491121-AG, located in Fayetteville NC, Docket Number: 5T1L1900996.

9.  Navy: First Formal Discrimination Complaint Docket Number DON 18-66001-01764.

10. Navy: Second Formal Discrimination Complaint Docket Number DON 19-00024-02059 (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

11. Navy: Third Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 29

12. Navy: Fourth Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

13. Navy: Fifth Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

14. Navy: Sixth Formal Discrimination Complaint Docket Number DON 19-00024-02059. (Administratively processed with the Second Complaint) (Obstructed Justice, refused to investigate, and closed the formal EEO complaint illegally).

15. DoD, Defense Acquisition University (DAU): Formal Discrimination Complaint Docket Number ARBELVOIR18MAY01586.

16. DoD, DAU: Second Formal Discrimination Complaint Docket Number ARBELVOIR19MAR00793.

17. DoD, Defense Contract Management Agency (DCMA): Formal Discrimination Complaint Docket Number P8-18-0080.

18. DoD, DCMA: Second Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

19. DoD, DCMA: Third Formal Discrimination Complaint, Obstructed Justice and refused to allow to file an EEO Complaint under formal awareness of FBI and DOJ.

20. DoD, OIG: Formal Discrimination Complaint: OIG - 2019-11.

21. DHS, ICE: Formal Discrimination Complaint Docket Number HS-ICE-26190-2016.

22. DHS, ICE: Second Formal Discrimination Complaint Docket Number HS-ICE-01853-2018.

23. DHS, ICE: Third Formal Discrimination Complaint Docket Number HS-ICE-01084-2019.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 30

24. DHS, USCIS: Formal Discrimination Complaint Docket Number HS-CIS-01796-2018.

25. DHS, USCIS: Second Formal Discrimination Complaint Docket Number HS-CIS-01796-2018. (Administratively processed with the First Complaint).

26. DHS, CBP: Formal Discrimination Complaint Docket Number HS-CBP-01954-2018.

27. DHS, CBP: Second Formal Discrimination Complaint Docket Number HS-CBP-00816-2019.

28. FBI: Formal Discrimination Complaint Docket Number FBI-2018-00181.

29. FBI: Second Formal Discrimination Complaint Docket Number FBI-2019-00073.

30. FBI: Third Formal Discrimination Complaint Docket Number FBI-2019-00338.

31. DIA: Formal Discrimination Complaint Docket Number DIA-2019-00030.

32. NSA: Formal Discrimination Complaint Number 19-015.

33. NASA: First Formal Discrimination Complaint Docket Number NCN-19-AFRC-00131.

34. NASA: Second Formal EEO Complaint number is: NCN-19-ARC-00212.

35. NASA: Third Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250.

36. NASA: Fourth Formal Discrimination Complaint Docket No. NCN-19-AFRC-00250 (filed under same number of third complaint above for administrative purposes).

37. VA: First Formal Discrimination Complaint Docket Number 2004-0005-2019102032.

38. VA: Second Formal Discrimination Complaint Docket Number 200P-0644-2019103167.

39. VA: Third Formal Discrimination Complaint Docket Number 200H-0541-2019104002.

40. ODNI: Formal Discrimination Complaint Docket Number 2019-002.

41. SBA: Formal Discrimination Complaint Docket Number 03-19-010.

42. USPS: Formal Discrimination Complaint Docket Number 4F-920-0047-16.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 31

• Regarding the aggrieved complainant's formal EEO complaints with the DCMA. The DCMA obstructed justice and isolated 67 jobs applications from the investigation illegally as formally documented in the formal Appeal with the DAG (OARM-WB No. 19-7). Therefore, the DCMA should pay the constitutional compensation ($300,000) for every single job application of the 67 applications ($20.1 Million) in addition to the ($300,000) per EEO complaint ($900,000) for the reasons formally documented in the above-mentioned DAG's appeal and the related lawsuit cases filed with the Honorable Court in the past. The total from the DCMA is $21 Million.

## VII.   REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Maximum monetary compensation for every single EEO complaint from every federal agency as set forth by the United States Constitution and as published on the EEOC's website ($300,000) to recover from the severe injuries and the sever harm and damages caused to the aggrieved Plaintiff.

**Total (=):**

42 X $300,000 = $12.6 Million + $20.1 Million = **$32.7 Million**

**PLUS (+):**

Maximum monetary Constitutional compensations for the negligence, tort, and intellectual property and copyrights laws violations as formally documented and as deemed appropriate by the Honorable Court.

**MINUS (-):**

All legal and Honorable Court fees as deemed appropriate by the Honorable Court.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 32

2. Expunge or Seal the two evictions and the bankruptcy of the aggrieved Plaintiff's public records due to the absence of justice and because of the ongoing injustice as deemed appropriate by the Honorable Court. First Eviction Case number MVC1603886. Second Eviction Case Number 30-2019-01083167-CL-UD-NJC. Bankruptcy case number 6:17-bk-11311-MH.

## VIII.    DEMAND FOR JURY TRIAL

Plaintiff hereby requests his Constitutional Relief as soon as possible for the best interest of justice as the truthful documented facts in the EEO formal dockets are completely obvious and needs no further delay that will cause the undersigned more severe harm and damages as he is currently suffering to death. The undersigned respectfully request an expedited jury trial on all issues raised in this complaint if a trial is deemed necessary by the Honorable Court. The undersigned is formally declaring that the only "**NO**" Constitutional Relief he will accept is from the respectful jurors and based on a fair and unbiased jury trial. The undersigned is completely confident in his truthful case and truthful position and that the respectful jurors and the American People cannot accept the injustice which the undersigned has suffered from and is currently suffering from now massively.

Dated: January 02, 2020                              *Respectfully Submitted by,*

Dr. AHMAD J. ALJINDI

By:_____

Dr. AHMAD J. ALJINDI
PO Box 60753

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 33

Irvine, CA 92602
Cell: 951-742-9773
Email: a7mad85@hotmail.com

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, INTELLECTUAL

PROPERTY VIOLATIONS, AND NEGLIGENCE AND TORT - 34